**ROBINS KAPLAN LLP**
Daniel L. Allender (SBN 264651)
DAllender@RobinsKaplan.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

**THOMPSON STAM PLLC**
Charles M. Stam (TX SBN: 24106462) (*pro hac vice forthcoming*)
Alexander G. Kykta (TX SBN: 24107841) (*pro hac vice forthcoming*)
717 Texas Avenue, Suite 1200
Houston, Texas 77002
charles@thompsonstam.com
alex@thompsonstam.com
Telephone: (844) 846-7826
Facsimile: (713) 379-8076

**Attorneys for Plaintiff**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

DESERT RATS, LLC, a Delaware limited liability company,

Plaintiff,

v.

KUDOS (SAS) LIMITED, a United Kingdom corporation; BANIJAY RIGHTS LIMITED, a United Kingdom corporation; THE BRITISH BROADCASTING CORPORATION, incorporated by royal charter in the United Kingdom; MGMPLUS ENTERTAINMENT LLC (f/k/a EPIX ENTERTAINMENT LLC), a Delaware

Case Number: 2:26-cv-11822

**PLAINTIFF'S ORIGINAL COMPLAINT FOR DAMAGES AND INJUNCTION FOR COPYRIGHT INFRINGEMENT**

**DEMAND FOR JURY TRIAL**

limited liability company; SPECIAL BROADCASTING SERVICE CORPORATION, an Australian statutory corporation; and DOES 1 – 10, inclusive,
Defendants

Plaintiff Desert Rats, LLC sues Defendants Kudos (SAS) Limited, Banijay Rights Limited, The British Broadcasting Corporation, MGMPlus Entertainment LLC (f/k/a EPIX Entertainment LLC), Special Broadcasting Service Corporation, and Does 1–10 for copyright infringement. Plaintiff alleges that Defendants infringed its copyright in the pilot episode screenplay of “Desert Rats” (the “Pilot Script”) by creating and exploiting a substantially similar work, the television series “Rogue Heroes” (the “Show”), which premiered on October 30, 2022. The Pilot Script was registered with the United States Copyright Office on December 7, 2015, under Registration No. PAu003787089, and it was delivered to persons in contact with Defendants years before Defendants released the Show.

Desert Rats is a highly specific and particularized period drama, set in North Africa beginning in the winter of 1941, about the origins of the British Special Air Service (“SAS”) and its guerrilla war against General Erwin Rommel—the “Desert Fox”—and his Afrika Korps across the sands of the Sahara. The Pilot Script, the first

episode of the planned series, tells that story through original characters, scenes, and dialogue, and through a distinctive selection and arrangement of invented and dramatized events.

Defendants, who had access to the Pilot Script, developed the substantially similar Show without a license or permission of any kind, damaging Plaintiff. As shown below, the Show incorporates a selection and arrangement of original, protected expression from the Pilot Script, and the two works are substantially similar. Except as to its own actions, the investigation of its counsel, and matters of public record, Plaintiff makes the following allegations on information and belief.

## I. JURISDICTION AND VENUE

1. This is an action for copyright infringement arising under the Copyright Act of 1976, 17 U.S.C. §§ 101 et seq. This Court has subject-matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a). To the extent any Defendant is an agency or instrumentality of a foreign state within the meaning of 28 U.S.C. § 1603(b), this Court also has jurisdiction under 28 U.S.C. § 1330(a), because that Defendant is not immune from suit: this action is based on commercial activity—the production, licensing, and commercial exploitation of a television series—carried on in the United States, or performed in connection with commercial activity elsewhere and causing a direct effect in the United States. 28 U.S.C. § 1605(a)(2).

2. This Court has personal jurisdiction over each Defendant. Each Defendant purposefully directed its infringing conduct at the United States and this

District, including by producing, licensing, distributing, broadcasting, streaming, and promoting the Show for exploitation in the United States, and Plaintiff's claim arises out of that conduct. Among other things, Kudos produced the Show for the BBC and for EPIX (now MGM+); Banijay, as the Show's global distributor, licensed exclusive United States rights in the Show to EPIX; and EPIX premiered the Show in the United States on November 13, 2022. Alternatively, as to any foreign Defendant not subject to the general jurisdiction of the courts of any state, this Court has personal jurisdiction under Federal Rule of Civil Procedure 4(k)(2).

3. Venue is proper in this District under 28 U.S.C. § 1400(a) because Defendants or their agents reside or may be found here; under 28 U.S.C. § 1391(b)(2) and (f)(1) because a substantial part of the events giving rise to the claim occurred here; and under 28 U.S.C. § 1391(c)(3) because a defendant not resident in the United States may be sued in any judicial district.

## II. PARTIES

4. Plaintiff Desert Rats, LLC is a Delaware limited liability company. William H. Kresch, Plaintiff's President, wrote the Pilot Script and registered it with the United States Copyright Office. By written assignment, Mr. Kresch assigned to Plaintiff all right, title, and interest in and to the Pilot Script, including its copyright and registration and all accrued claims for its infringement, including the claim asserted here.

5. Defendant Kudos (SAS) Limited ("Kudos") is a United Kingdom corporation (England and Wales Company No. 12279478) with its registered office at 12–14 Amwell Street, London EC1R 1UQ, United Kingdom. Kudos produced the Show for the BBC and for EPIX (now MGM+) for exploitation in, among other places, the United States. Plaintiff will serve Kudos under the Hague Service Convention.

6. Defendant Banijay Rights Limited ("Banijay") is a United Kingdom corporation (England and Wales Company No. 06857521) with its registered office at Shepherds Building Central, Charecroft Way, London W14 0EE, United Kingdom. Banijay is the Show's global distributor and sales representative; among other things, it licensed exclusive United States rights in the Show to EPIX (now MGM+). Plaintiff will serve Banijay under the Hague Service Convention.

7. Defendant The British Broadcasting Corporation (the "BBC") is a corporation incorporated by royal charter in the United Kingdom, with its principal office at Broadcasting House, Portland Place, London W1A 1AA, United Kingdom. The BBC commissioned the Show, premiered it in the United Kingdom on October 30, 2022, and participated in its production and exploitation. Plaintiff will serve the BBC under the Hague Service Convention or, if the BBC is determined to be an agency or instrumentality of a foreign state, under 28 U.S.C. § 1608(b).

8. Defendant MGMPlus Entertainment LLC (f/k/a EPIX Entertainment LLC) ("MGM+") is a Delaware limited liability company. MGM+, then known as

EPIX, acquired exclusive United States rights in the Show from Banijay, premiered the Show in the United States on November 13, 2022, and has since distributed, broadcast, and streamed the Show in the United States, including in this District. Plaintiff will serve MGM+ through its registered agent for service of process.

9. Defendant Special Broadcasting Service Corporation ("SBS") is an Australian statutory corporation established under the Special Broadcasting Service Act 1991 (Cth), with its principal office at 14 Herbert Street, Artarmon, New South Wales 2064, Australia. SBS acquired rights in, produced, and distributed, the Show. Plaintiff will serve SBS under the Hague Service Convention or, if SBS is determined to be an agency or instrumentality of a foreign state, under 28 U.S.C. § 1608(b).

10. The true names and capacities—whether individual, corporate, associate or otherwise—of Defendants DOE 1 through 10, inclusive, are presently unknown to Plaintiff, who therefore sues these Defendants by such fictitious names. Plaintiff is informed and believes, and thereon alleges, that each of the DOE Defendants was (or is) either intentionally, negligently, or in some other manner the cause (or contributing cause) of, or otherwise responsible for, the damages Plaintiff suffered. Plaintiff will amend this Complaint to allege the true names and capacities of each DOE Defendant, together with such allegations as may be appropriate, when their names have been determined.

11. Plaintiff is informed and believes, and thereon alleges, that at all times mentioned, each Defendant was the agent, servant, employee, partner, successor, assignee, joint venturer, or franchisee of each of the remaining Defendants here, and was at all times acting within the course and scope of said agency, service, employment, partnership, joint venture or franchise. Plaintiff is also informed and believes, and thus alleges, that each act and omission alleged of any one Defendant was done with the approval, consent, or ratification of each remaining Defendant.

12. Plaintiff is further informed and believes, and thereon alleges, that each Defendant may be held liable for the infringing acts committed by another if each Defendant had the right and ability to control any infringing activities and had a direct financial interest in such activities—regardless of whether each said Defendant had intent or knowledge of the infringement alleged here. Plaintiff is also informed and believes, and thereon alleges, that each Defendant that knowingly induced, caused or materially contributed to any infringement, although not committing or participating in the infringing acts, may be held liable as a contributory infringer because any such Defendant had knowledge—or reason to know—of the infringement.

## III. <u>MISNOMER / ALTER EGO</u>

13. In the event any parties are misnamed or are not included here, it is Plaintiff's contention that such was a "misidentification," "misnomer," and/or such parties are/were "alter egos" of parties named here. Alternatively, Plaintiff contends

that such "corporate veils" should be pierced to hold such parties properly included in the interest of justice.

## IV. PRINCIPAL-AGENT LIABILITY

14. All allegations here of acts or omissions by Defendants include, but are not limited to, acts and omissions of such Defendants' officers, directors, operators, managers, supervisors, employees, affiliates, subsidiaries, vice-principals, partners, agents, servants, and owners. Plaintiff alleges that such acts and omissions were committed or made with express and/or implied authority of Defendants or were ratified or otherwise approved by the same Defendants; or otherwise, that such acts or omissions were made in the routine, normal course of the actor's employment or agency, and within the scope of the agency or employment, as the case may be.

## V. BACKGROUND FACTS

15. Mr. Kresch wrote the Pilot Script and registered it with the United States Copyright Office on December 7, 2015, as Registration No. PAu003787089 (the "Registration"). A true and correct copy of the Registration record is attached as Exhibit "A." Plaintiff owns the copyright in the Pilot Script, the Registration, and all accrued claims for infringement of the Pilot Script by assignment from Mr. Kresch. Later drafts of the Pilot Script, including the drafts Plaintiff delivered to the persons described below, are derivative versions that incorporate the registered work.

16. While trying to sell Desert Rats, Plaintiff contacted a television

executive who had been the BBC's Director of Television and, later, President of BBC Worldwide Networks (the "Former BBC Executive"). At the time, she was President and General Manager of History and H2 at A+E Networks. On July 4, 2016, Plaintiff discussed the Desert Rats project with her at an Independence Day gathering in Brooklyn, sparking her interest. The next day, her assistant asked Plaintiff for a digital copy of the Pilot Script, which Plaintiff provided.

17. On or about September 29, 2016, Plaintiff made a formal pitch to the Former BBC Executive. She told them she had reviewed the Desert Rats written materials and visual media, and she said explicitly that she would "bring the project" to her former colleagues at the BBC, among other potentially interested parties in UK television.

18. She then requested printed copies of the Desert Rats materials, which Plaintiff bound and mailed to her. Her husband and business partner confirmed receipt of the script and the book of materials by email dated October 11, 2017, copying the Former BBC Executive. That was Plaintiff's last correspondence about Desert Rats with her or anyone professionally associated with her. On information and belief, the BBC and the other Defendants received the Pilot Script through her and used it to create the Show.

19. Years later, Plaintiff learned of the Show, which the BBC premiered on October 30, 2022, and which streams in the United States on EPIX (now MGM+).

Steven Knight was the Show's head writer, and the Show is said to be based on Ben Macintyre's 2016 book, SAS: Rogue Heroes.

20. Publicly available information identifies Kudos as the Show's production company, Banijay as its global distributor, the BBC as its commissioning broadcaster, and EPIX (now MGM+) as its exclusive United States distributor.

21. In 2016 and 2017, the Former BBC Executive requested and received from Plaintiff the Pilot Script, together with other Desert Rats pitch materials, including a short film, a second-episode script, a series bible, and a visual lookbook. She said she would pass the project along to her former colleagues at the BBC. On information and belief, she conveyed the Desert Rats materials, including the Pilot Script, to the BBC.

22. The Show copies protected expression from the Pilot Script. The works' similarities in plot, setting, mood, pace, sequence of events, characters, and specific scenes and dialogue—and in the selection and arrangement of those elements—make them substantially similar under both the extrinsic and intrinsic tests. The similarities are so striking that they leave little doubt the Show was copied from the Pilot Script.

23. Examples of these similarities include the following:

a. <u>The Pilot Script's desert cold open was copied.</u>

i. The Pilot Script opens with a non-historical teaser. After a battle, the lead officer, David Righter, is left lost and alone in the Sahara, where

he despairs, nearly takes his own life, and hallucinates before the teaser ends on a cliffhanger. Plaintiff later filmed this cold open as a short film, which was among the pitch materials provided to the Former BBC Executive.

ii. In both the Pilot Script and the Show, a scorpion crawls toward the stranded hero as he lies in the sand.

iii. Both use the image of the lead character walking alone through vast sand dunes to convey his isolation.

iv. In both, the stranded hero screams in anguish when he cannot find his way out of the desert.

v. In both, the stranded hero plunges into a hallucination in which he sees a mustached apparition that brings him back from the brink, and the sequence ends on a cliffhanger that leaves the audience unsure whether he will survive.

vi. Plaintiff invented this desert ordeal and hallucination to show the hero's resilience against impossible odds and to set the style and tone of the series. The Show reproduces its sequence, images, and dramatic purpose.

b. <u>Both works open by declaring that losing Africa means losing the war.</u>

i. The Show's opening map sequence closely tracks the prologue of the Pilot Script, which sets out the stakes of the North African campaign over a map of the region.

1. The key line of the Pilot Script's prologue is: "[T]o lose Cairo is to lose Africa... To lose Africa is to lose The War..."

2. In the Show, that line becomes: "If Suez was lost, Africa would be lost. If Africa was lost, the war would be lost."

ii. The Show presents the Pilot Script's prologue and map sequence almost verbatim.



c. Both works place an invented female journalist and spy at the center of their Cairo storylines: Lena Connolly in the Pilot Script and Eve Mansour in the Show.

i. Lena Connolly is an American journalist in Cairo who seeks inside information and front-line access so that she can write stories that will move her readers to support the fight against Germany. She is not based on any historical figure; Plaintiff invented her.

ii. Eve Mansour is a journalist and Free French intelligence officer in Cairo who seeks inside information and access so that she can write about the war for her readers. Like Lena, she is a purely fictional character who does not appear in the Show's claimed source material.

iii. The Pilot Script's Cairo nightlife centers on the Melody Lounge, "[a] wild, smoky nightclub with low-hanging drapes and Arabic flavor," where British officers mingle and a big band plays. The Show introduces Eve in the same kind of setting: a Cairo hotel club where officers and civilians dance to a live swing orchestra.

d. The Show copies the Pilot Script's introduction of its female journalist and spy.

i. In both works, the female character's first meeting in Cairo with a British officer turns on a coded red object that signals a clandestine

rendezvous, introducing both the espionage storyline and the character's romantic and professional tensions.

1. In the Pilot Script, Lena's introduction revolves around a red watch, used as a signal between spies.
2. In Eve's introduction in Rogue Heroes, the covert signaling mechanism is a "*single red flower in a glass*," which is ostensibly associated with prostitution.
3. Lena acquires the watch through a coded exchange ("Noon and midnight") and later asks, "So if I'm the lady with the red watch, who does that make you?"—commenting on the secret language of Cairo.

4. In Rogue Heroes, the characters comment on what the red flower *"signifies in the language of Cairo."*

| Desert Rats Pilot | Rogue Heroes Pilot |
|---|---|
| **EXT. CAIRO CAFE - LATER**<br><br>Lena's wrist, now adorned by the bright red watch, rests on the table of an outdoor cafe. She sips coffee, eyes darting around - clearly waiting for something. A chuckle can be heard nearby.<br><br>FITZROY (O.S.)<br>I really love this cartoon.<br><br>Lena turns to the voice coming from behind a NEWSPAPER. FITZROY MACLEAN (30s) lowers the paper. He is impossibly suave and handsome. He nods to the empty seat across from her.<br><br>FITZROY (CONT'D)<br>May I?<br><br>LENA<br>Actually, I'm waiting for some-<br><br>Before she can finish, Fitzroy takes the seat.<br><br>FITZROY<br>It's a gas really.<br><br>He shows her the comic: A mother reading a bedtime story called "Adolf the Wolf" to her two children, written by Lena Connolly.<br><br>Lena perks up, realizing its her work, but before she can speak...<br><br>FITZROY (CONT'D)<br>My my, that's a lovely watch, and of course, the hand beneath it.<br><br>Lena gets the game, Fitzroy flashes a grin.<br><br>FITZROY (CONT'D)<br>Miss Connolly I presume?<br><br>He kisses the back of her hand.<br><br>LENA<br>Lena works.<br><br>FITZROY<br>Fitzroy MaClean at your service. I've been admiring your work. And they say Americans don't understand art? Although, subtlety is still something to be improved upon. I hope my friend Musa didn't make you pay for that high quality timepiece.<br><br>LENA<br>Just two pounds.<br><br>FITZROY<br>Cheeky fellow. Well, let's see if we can't make this worth every penny.<br><br>LENA<br>So if I'm the lady with the red watch, who does that make you? | 36 EXT. CAIRO, HOTEL, ROOFTOP BAR 36<br><br>We find Paddy Mayne sitting at a table in a rooftop bar overlooking the lights of Cairo. He is smoking and drinking whisky. There is a single hyacinth in a glass on the table.<br><br>*Caption: Empire Club-Ibrahim Pasha Street-Cairo*<br><br>All around, men and women in uniform and women in evening dresses are drinking and dancing to a live orchestra which plays American swing music. The mood is frantic and fatalistic. Everyone might die soon.<br><br>But Paddy is at a table right at the edge of the rooftop and he is staring out over the City. Then a woman in fashionable French clothes seeks out Paddy with her eyes and goes to his table. (We will learn this woman is EVE CURIE).<br><br>As she approaches and prepares to introduce herself, Paddy turns and stammers...<br><br>PADDY<br>Oh. No, no, no. I'm afraid not.<br><br>Before she can speak Paddy gestures at the single flower in the glass....<br><br>PADDY (CONT'D)<br>I don't know what a red flower on the table signifies in the language of Cairo but I'm not waiting for a...<br><br>He finds the words...<br><br>PADDY (CONT'D)<br>...a brief accord, if that's what you're thinking.<br><br>Eve sits down anyway, amused by the reaction.<br><br>EVE CURRIE<br>'*A brief accord*'. You are a poet.<br><br>PADDY<br>As a matter-of-fact, I am.<br><br>EVE CURRIE<br>And I am a journalist....<br><br>Paddy reacts badly and immediately...<br><br>PADDY<br>'And I am a journalist' said the spy.<br><br>EVE CURRIE<br>Oh yes, I forgot, this is Cairo. Everyone is a spy...<br><br>He peers at her.<br><br>PADDY<br>Especially if they're French. You're French.<br><br>Eve has attracted the attention of a passing waiter...<br><br>EVE CURRIE<br>French Martini.<br><br>The waiter nods and departs. |

ii. In both scenes one party is waiting for someone and is surprised by and interrupted by the other.

**Desert Rats Pilot (2016)**

**EXT. CAIRO CAFE - LATER**

Lena's wrist, now adorned by the bright red watch, rests on the table of an outdoor cafe. She sips coffee, eyes darting around - clearly waiting for something. A chuckle can be heard nearby.

FITZROY (O.S.)
I really love this cartoon.

Lena turns to the voice coming from behind a NEWSPAPER. FITZROY MACLEAN (30s) lowers the paper. He is impossibly suave and handsome. He nods to the empty seat across from her.

FITZROY (CONT'D)
May I?

LENA
Actually, I'm waiting for some-

Before she can finish, Fitzroy takes the seat.

FITZROY
It's a gas really.

He shows her the comic: A mother reading a bedtime story called "Adolf the Wolf" to her two children, written by Lena Connolly.

Lena perks up, realizing its her work, but before she can speak...

FITZROY (CONT'D)
My my, that's a lovely watch, and of course, the hand beneath it.

Lena gets the game, Fitzroy flashes a grin.

FITZROY (CONT'D)
Miss Connolly I presume?

He kisses the back of her hand.

LENA
Lena works.

**Rogue Heroes S1 E1 (2022)**

We hear Swing jazz....

36 EXT. CAIRO, HOTEL, ROOFTOP BAR 36

We find Paddy Mayne sitting at a table in a rooftop bar overlooking the lights of Cairo. He is smoking and drinking whisky. There is a single hyacinth in a glass on the table.

*Caption: Empire Club-Ibrahim Pasha Street-Cairo*

All around, men and women in uniform and women in evening dresses are drinking and dancing to a live orchestra which plays American swing music. The mood is frantic and fatalistic. Everyone might die soon.

But Paddy is at a table right at the edge of the rooftop and he is staring out over the City. Then a woman in fashionable French clothes seeks out Paddy with her eyes and goes to his table. (We will learn this woman is EVE CURIE).

As she approaches and prepares to introduce herself, Paddy turns and stammers...

PADDY
Oh. No, no, no. I'm afraid not.

Before she can speak Paddy gestures at the single flower in the glass....

PADDY (CONT'D)
I don't know what a red flower on the table signifies in the language of Cairo but I'm not waiting for a...

He finds the words...

PADDY (CONT'D)
...a brief accord, if that's what you're thinking.

Eve sits down anyway, amused by the reaction.

EVE CURRIE
'*A brief accord*'. You are a poet.

PADDY
As a matter-of-fact, I am.

EVE CURRIE
And I am a journalist....

iii. In both, the coded red object is discarded in anger, underscoring its importance. Lena takes off the red watch and leaves it on the table. In the Show, Stirling "picks up the flower in the glass and tips it out over the edge of the balcony."

**Desert Rats Pilot (2016)**

FITZROY
So we shall call you a patriot?

LENA
What is it you're trying to say? I have been reporting on Nazi aggression since the start of this war-- This is a waste of time.

Lena removes the RED WATCH, places it on the table and stands to leave.

LENA (CONT'D)
The red watch was a nice touch, I'll admit my heart was racing for a minute.

Just as she turns, Fitzroy grabs her elbow.

FITZROY
Playing dumb is a bit beneath you, wouldn't you say?

LENA
Let go.

**Rogue Heroes S1 E1 (2022)**

EXT, EMPIRE CLUB, ROOFTOP 38

The Empire is getting wild and the dance floor is full. Eve Curie is finishing her French Martini and checking her watch. She is intrigued to carry out her errand but unsure. Then suddenly...

STIRLING (OOV)
I'm sorry, this table is booked.

Eve jumps a little...

EVE CURIE
You crept up on me.

Stirling picks up the flower in the glass and tips it out over the edge of the balcony...

STIRLING
You'll have to go I'm afraid...

EVE CURIE
I have a message for you.

Stirling turns...

STIRLING
Message from who?

EVE CURIE
Paddy Mayne.

iv. In both, the female character's loyalties are questioned: Lena's because she grew up in Berlin as the daughter of the former United States Ambassador to Germany, and Eve's because she must specify that she is "Free French, not Vichy."

```
we can't make this worth every
penny.

              LENA
So if I'm the lady with the red
watch, who does that make you?

              FITZROY
A soldier, same as these chaps. I
just fight with a different weapon.
Information.

              LENA
Is that right? And you think a
journalist from New York would
possess information you don't?

              FITZROY
Journalist? Please, don't be
modest. The daughter of the former
US Ambassador to Germany, who
blossomed into a beautiful young
woman in Berlin. You spent your
formative years watching the Reich
take shape first hand.

              LENA
You should also know my father was
forced to resign because he
wouldn't go to Hitler's damn
rallies.

              FITZROY
So we shall call you a patriot?

              LENA
What is it you're trying to say? I
have been reporting on Nazi
aggression since the start of this
war-- This is a waste of time.
```

```
              PADDY
As a matter-of-fact, I am.

              EVE CURRIE
And I am a journalist....

Paddy reacts badly and immediately...

              PADDY
'And I am a journalist' said the
spy.

              EVE CURRIE
Oh yes, I forgot, this is Cairo.
Everyone is a spy...

He peers at her.

              PADDY
Especially if they're French.
You're French.

Eve has attracted the attention of a passing waiter...

              EVE CURRIE
French Martini.

The waiter nods and departs.

              EVE CURRIE (CONT'D)
I am French but I am Free French.
Not Vichy.

Paddy has gone back to staring out over Cairo, ignoring
her...

              EVE CURRIE (CONT'D)
So how is Cairo?  I just arrived.

Paddy shrugs.

              PADDY
Another power cut. Dancing on the
roofs. How would I know?

A pause.
```

v. In both, the female character's abilities and experience are questioned.

```
              FITZROY
So we shall call you a patriot?

              LENA
What is it you're trying to say? I
have been reporting on Nazi
aggression since the start of this
war-- This is a waste of time.

Lena removes the RED WATCH, places it on the table and stands
to leave.
```

```
              EVE CURIE
You were at the Litani river.  Tell
me about it.

              PADDY
Are you squeamish?

              EVE CURIE
No. I've eaten bats, rats and other
things in Surinam and other places.
You can tell me everything.
```

vi. The female characters in both works are initially coy about spying and getting inside information as a journalist. The conversation then becomes more intense as one party reveals that they have specifically sought out the other unbeknownst to them. When backstory is dug into and a quid pro quo relationship offered, the conversation ends abruptly with one party leaving in anger.

**Desert Rats Pilot (2016)**

LENA
So if I'm the lady with the red watch, who does that make you?

FITZROY
A soldier, same as these chaps. I just fight with a different weapon. Information.

LENA
Is that right? And you think a journalist from New York would possess information you don't?

FITZROY
Journalist? Please, don't be modest. The daughter of the former US Ambassador to Germany, who blossomed into a beautiful young woman in Berlin. You spent your formative years watching the Reich take shape first hand.

LENA
You should also know my father was forced to resign because he wouldn't go to Hitler's damn rallies.

FITZROY
So we shall call you a patriot?

LENA
What is it you're trying to say? I have been reporting on Nazi aggression since the start of this war-- This is a waste of time.

Lena removes the RED WATCH, places it on the table and stands to leave.

LENA (CONT'D)
The red watch was a nice touch, I'll admit my heart was racing for a minute.

Just as she turns, Fitzroy grabs her elbow.

LENA
Let go.

After a tense moment, Fitzroy releases her.

FITZROY
You're finally nervous. You came to Cairo because you want inside information. I can be your wellspring. Despite what you say, you're here today with me because you're ambitious... or desperate. I will give you what you seek - but there will be things I will ask from you in return. Nothing too dear, I promise.

Lena studies Fitzroy, then produces a sly smile.

LENA
You think I'm an ambitious reporter looking for the inside scoop to get my boss hard? You're actually as dumb as you look.

FITZROY
Color me mistaken... Then what is it you're doing here?

Lena looks at Fitzroy with a pitiful grin.

LENA
It's hard to tell when you're sitting, but you are *very* small.

She exits briskly. Fitzroy turns the watch over in his hands.

**Rogue Heroes S1 E1 (2022)**

EVE CURIE
Actually, I sought you out. I know who you are.

He turns to her...

EVE CURIE (CONT'D)
And I know you recently spent time with a lot of French people...

Paddy's eyes die in his face. His guard rises...

PADDY
Yes. Mostly I was shooting them...

EVE CURIE
You were at the Litani river. Tell me about it.

PADDY
Are you squeamish?

EVE CURIE
No. I've eaten bats, rats and other things in Surinam and other places. You can tell me everything.

Paddy stares at her. He appears to be about to respond to her request but then, instead, he gestures out over Cairo...

PADDY
There, that dark patch, that is where no one tells you anything. Those lights, no one knows what those lights are. The river, unnamed. Unknown...

PADDY
The South African clerks they ship in from Johannesburg have wedding dresses at the bottom of their suitcases just in case.

Eve finds a press ID card...

EVE CURIE
How terrifying.

PADDY
For them. Yes. They might get one of us. By way of mistake.

She lays her press accreditation on the table beside the flower..

EVE CURIE
Captain Mayne, your victory over the Vichy French at the Litani river was the first piece of good news for the French who oppose Hitler in a long time. I write for a magazine which gives those people hope. I am told you were instrumental in the victory. Can you give me any information that would be of interest to my readers?

Paddy looks at her as if she was from another planet.

PADDY
'*Interest*'?

He peers at her and his eyes burn. Eve shrinks back a little at the intensity. Her drink arrives. Paddy looks at it...

PADDY (CONT'D)
You'll have to find another table. I'm here to attend a meeting...

EVE CURRIE
Very well. Apologies...

She goes to pick up her drink. Then a sudden change of heart...

PADDY
Actually I will leave. I don't want to be here anyway. I only came here to politely say 'no'.

vii. In both, the female character remarks on the man's height: Lena tells Maclean that he is "very small," and Eve tells Stirling that he is "very tall."

FITZROY
Color me mistaken... Then what is it you're doing here?

Lena looks at Fitzroy with a pitiful grin.

LENA
It's hard to tell when you're sitting, but you are *very* small.

She exits briskly. Fitzroy turns the watch over in his hands.

STIRLING
Yes he is.

Stirling orders a drink from a passing waiter. A whisky.

EVE CURIE
He was right, you're very tall.

Stirling turns back to Eve and reacts to what might be an invitation to have an ordinary conversation. Stirling glances at the press accreditation...

viii. As journalists, both female characters struggle to obtain accreditation, access to information, and trust. Each refers to "my readers," each wants to inspire hope by telling the stories of heroes, and each is rebuffed.

Desert Rats Pilot (2016)

LENA
I want to get permission to embed. Can you help?

HENRY
Embed?! Your not going to embed, Lena.

LENA
Don't tell me what I will or won't do.

HENRY
They are getting slaughtered out there, can't you see?

LENA
No, I can't. My readers can't either, and that's exactly why I need to be there.

HENRY
To what end?

LENA
The American public won't stand on the sidelines if they see the truth of what's happening out here - we're not cowards.

HENRY
Your American *public* has been very aware of the Nazi movement for quite some time. If you think writing more detailed descriptions of deceased British soldiers will stir the pot, you are delusional.

LENA
They only see the villain, I want to show them a *hero*. I want to give them a narrative they can latch on to. If the people care, Washington cares. You know as well as I do... If America joins the war, Hitler *will* fall.

Henry takes in Lena. She is increasingly formidable in his eyes.

HENRY
Don't get lost looking for

Rogue Heroes S1 E1 (2022)

EVE CURIE
You don't want to talk about the Litani River.

PADDY
No.

EVE CURIE
To prove I'm not a spy I have accreditation...

She goes to her purse...

PADDY
The South African clerks they ship in from Johannesburg have wedding dresses at the bottom of their suitcases just in case.

Eve finds a press ID card...

EVE CURIE
How terrifying.

PADDY
For them. Yes. They might get one of us. By way of mistake.

She lays her press accreditation on the table beside the flower..

EVE CURIE
Captain Mayne, your victory over the Vichy French at the Litani river was the first piece of good news for the French who oppose Hitler in a long time. I write for a magazine which gives those people hope. I am told you were instrumental in the victory. Can you give me any information that would be of interest to my readers?

Paddy looks at her as if she was from another planet.

PADDY
'*Interest*'?

He peers at her and his eyes burn. Eve shrinks back a little at the intensity. Her drink arrives. Paddy looks at it...

PADDY (CONT'D)
You'll have to find another table. I'm here to attend a meeting...

EVE CURRIE
Very well. Apologies...

e. Both female characters enter a quid pro quo relationship with a British intelligence officer.

i. In both works, the female character deals with a British intelligence officer based on a real historical figure—Fitzroy Maclean in the

Pilot Script and Dudley Clarke in the Show—who offers her inside information in exchange for favors to be named later. These characters drive each work's Cairo espionage storyline.

ii. In the Pilot Script, Maclean tells Lena, "I can be your wellspring... . I will give you what you seek - but there will be things I will ask from you in return." The Show builds the same quid pro quo between Eve and Clarke, trading secret information for her cooperation.

f. <u>Both works contain the invented knighting scene.</u>

i. No historical account describes David Stirling's promotion to captain. The Pilot Script invents a scene for it and, to underscore its fateful importance, uses the royal motif of a knighting ceremony.

ii. A version of this scene appears in Episode 2 of the Show.

1. In both, the lead character meets a senior officer he does not know.
2. In both, he is presented with captain's rank pips for his uniform.
3. In both, the senior officer makes light of the gravity of the moment with a mock ceremony; in the Pilot Script, he "knight[s]" Righter with his swagger stick.
4. Although reticent, Stirling begrudgingly accepts the new rank.

5. The scene is not historical and does not appear in the Show's claimed source material.

g. Both works share the same tone and style.

i. The Pilot Script treats World War II with a brash, irreverent, darkly comic voice: profane banter, violent set pieces punctuated by humor, and eccentric senior officers who mock military ceremony.

ii. In its tone, pacing, and humor, the Show adopts the same treatment.

24. The selection and arrangement of these original elements shows that the Show was copied from the Pilot Script.

## VI. CLAIM FOR RELIEF

**COPYRIGHT INFRINGEMENT (17 U.S.C. §§101 *et seq.*)**

**(Against all Defendants)**

25. Plaintiff re-alleges each and every allegation set forth above, inclusive, and incorporates them here by reference.

26. Plaintiff is the sole owner of all right, title, and interest in and to the copyright in the Pilot Script.

27. Plaintiff is informed and believes that Defendants continue to exploit the Show in derogation of Plaintiff's rights.

28. Defendants had access to the Pilot Script only through the private channels described above, and the striking similarities between the works confirm that Defendants copied it. Plaintiff therefore alleges that Defendants knowingly and

willfully copied original elements of the Pilot Script to create a work substantially similar to and derivative of it.

29. Plaintiff also pleads the following non-exhaustive summary of the extrinsic similarities between the Pilot Script and the Show, including similarities in the selection and arrangement of their elements:

**(a) THEME**

30. Each work has core themes of:

a. Origins and Formation of the SAS

   i. Both works delve into the unconventional beginnings of the Special Air Service (SAS) during World War II, emphasizing the maverick spirit of its founder, David Stirling, and the initial skepticism and resistance from traditional military structures.

b. Innovation in Warfare

   i. One of the central themes of both works is how the SAS pioneered new methods of warfare, adapting guerrilla tactics and unconventional strategies which were ahead of their time. This includes night raids, parachute operations, and sabotage behind enemy lines.

c. Individualism vs. Military Discipline

   i. Both works significantly focus on the clash between the individualistic, sometimes reckless nature of the SAS members, and

the regimented discipline of the broader military. Both works explore how these unorthodox individuals were both an asset to military operations and a challenge to military hierarchy.

d. Camaraderie and Brotherhood

i. The works portray the deep bonds formed among the men of the SAS. This camaraderie is depicted as crucial for morale and effectiveness in their dangerous missions, highlighting themes of loyalty, friendship, and the human side of soldiers in wartime.

e. Bravery and Sacrifice

i. Neither work shies away from the high personal costs of the SAS missions, showcasing acts of bravery, the psychological toll of war, and the sacrifices made by the SAS members and their loved ones.

f. Moral Ambiguity

i. Both works touch on the moral complexities of war, where the ends sometimes justify brutal or ethically dubious means. This includes the SAS's operations that blur the lines between heroism and ruthlessness.

g. Historical Revisionism vs. Reality

i. The meta-narrative of both works is about how history is written and remembered, with the show occasionally contrasting the

romanticized view of the SAS with the gritty realities of their operations.

h. Identity and Legacy

i. Both works explore how these people not only shaped the SAS but also how their actions and ethos have influenced modern special forces operations and military strategy globally.

**(b) PLOT**

31. The plot in both works is set in the North African desert during World War II, where the British are fighting the Axis forces—primarily the Germans and Italians. The plot revolves around the formation of the SAS, a special forces unit that would become legendary for its unconventional warfare tactics. These developments include the:

a. Formation of the SAS

i. Both works show Stirling pitching his idea for a small, elite unit that can operate behind enemy lines and strike airfields and supply lines. His proposal is met with skepticism and ridicule, but he finds support from senior officers who see potential in his unconventional approach.

b. Internal and External Conflicts

i. Both works explore the internal dynamics of the unit, showing the tension between Stirling's chaotic leadership and the need for

discipline as well as the camaraderie and conflicts among the men. Externally, SAS members face skepticism from the traditional military hierarchy and the harsh realities of desert warfare.

c. Personal Stories:

i. Alongside the military story, both works develop personal narratives, including Stirling's relationships with his men and the personal demons of characters like Mayne, whose temper threatens his place in the Army.

d. Both works mix historical events with dramatic license to tell a story of bravery, innovation, and the human elements of war, focusing on how a group of mavericks changed the face of military operations.

32. In sum, the Pilot Script and the Show both tell the story of the beginnings of the SAS in World War II, emphasizing the maverick spirit of its founder, David Stirling, and the skepticism and resistance of the traditional military establishment.

**(c) SETTING**

33. Both works are set primarily in North Africa during World War II, specifically focusing on the North African Campaign. The key locations of both works include:

a. Much of the action occurs in the Libyan Desert, a vast, harsh environment, where the early SAS operations were conducted. This includes areas around:

i. Cairo, Egypt: Often the starting point for missions, where planning and coordination took place, including interactions with high command.

ii. Benghazi, Libya: A strategic port city that was a target for raids due to its importance in supply lines.

iii. The Western Desert: The broader region where many of the SAS's guerrilla operations were carried out, characterized by sand dunes, rocky outcrops, and the occasional oasis.

34. Those locations each include military bases, encampments, and operational areas based on narrative settings like:

a. Temporary SAS bases in the desert for resting, planning, and regrouping.

b. Enemy airfields which were primary targets for SAS raids.

c. Clandestine meeting points where intelligence was gathered or exchanged.

35. The environment of the North African desert plays a significant role in both works, influencing the tactics, survival challenges, and overall atmosphere of the show. The setting also reflects the contrast between the harshness of the desert

and the ingenuity of the SAS in adapting to and using the environment to their advantage.

36. Both works occur during the early 1940s, particularly from late 1941 through 1943, capturing the formation and initial operations of the Special Air Service (SAS) during this critical phase of the war.

**(d) CHARACTERS**

37. Notwithstanding their names and gender, the lead characters in both works are strikingly similar. Both works feature the following characters, some of whom were invented for the Pilot Script, and appear below with their names in the Pilot Script:

a. "David Righter" (renamed David Stirling [the actual name of the founder of the SAS] in the Show and played by Connor Swindells in the Show):

   i. The founder of the SAS, known for his innovative ideas, charm, and sometimes reckless behavior. He's portrayed as a visionary who pushes for the creation of a unit that would change warfare.

b. "Jock Lewes" (played by Alfie Allen in the Show):

   i. A key figure in the SAS's early days, co-developer of the unit's tactics, and creator of the Lewes bomb. He's depicted as disciplined, methodical, and a counterbalance to Stirling's more chaotic approach.

c. "Paddy Mayne" (played by Jack O'Connell in the Show):

i. A former rugby star known for his physical prowess, bravery, and violent temper. His character struggles with personal demons but is instrumental to the unit.

d. "Fitzroy Maclean" (renamed Dudley Clarke in the Show and played by Dominic West):

i. A British intelligence officer in Cairo who runs agents and recruits the female journalist through a quid pro quo. The Pilot Script fictionalizes Maclean's role, and the Show transposes that fictionalized role to Dudley Clarke.

e. "Lena Connolly" (renamed Eve Mansour in the Show and played by Sofia Boutella):

i. An invented journalist in Cairo who becomes entangled in British intelligence work, giving each work its espionage storyline and its principal female lead.

f. Various high-ranking officers and supporting characters:

i. Characters like field marshals, generals, and others are depicted, often in conflict or at odds with Stirling's ideas and several other soldiers, spies, and local figures are portrayed, contributing to the rich tapestry of the SAS's story, from the soldiers on the ground to those in the intelligence and command structures.

38. These characters, along with other more minor characters, follow the same plotlines and motivations in Rogue Heroes as in the Pilot Script.

**(e) MOOD**

39. Both works have a mood that can be described through several key elements:

a. Maverick Adventurousness

   i. The works capture the spirit of adventure and the maverick nature of the SAS's formation. There's an underlying tone of daring and innovation as these soldiers break from conventional military tactics to forge something new.

b. Gritty and Intense

   i. Given the setting in the harsh North African desert during WWII, the moods often reflect the intensity of combat, the relentlessness of the harsh and arid environment, and the physical and mental toll of war. The works do not shy away from depicting the realities of battle, including the violence and danger.

c. Humorous and Irreverent

   i. Despite the serious backdrop, the works infuse humor, often through the characters' interactions, their eccentricities, and the absurdity of some situations. This humor serves as a counterbalance to the grimness of war, reflecting the soldiers' coping mechanisms.

d. Camaraderie and Brotherhood

i. A significant part of the moods in both works is the sense of camaraderie among the SAS members. The works portray deep bonds formed under duress, leading to moments of warmth, loyalty, and shared laughter amid the chaos, creating a poignant contrast to the external threats.

e. Tense and Suspenseful

i. Many scenes in both works are filled with tension, whether it's planning a raid, the execution of missions, or the characters' personal struggles. In both works, the suspense of operations behind enemy lines or the uncertainty of survival adds to an atmosphere of constant vigilance.

f. Melancholic and Reflective

i. There are similar moments in both works of melancholy, especially when dealing with the human cost of war, losses among friends, and the moral complexities of their actions. These reflective scenes provide depth to the characters, showing their internal conflicts and the weight of their responsibilities.

g. Defiant and Resilient

i. The moods of both works convey a sense of defiance against traditional military norms, resilience in the face of adversity, and a

relentless pursuit of their unconventional mission. This defiance is both in their tactics and their spirit, often highlighted by Stirling/Righter's character.

h. Historical and Authentic

i. While dramatized, both works attempt to maintain a mood of historical authenticity, capturing the feel of the era, the technology, and the ethos of the time. This authenticity adds a layer of respect for the historical context and the real stories behind the characters.

40. Both works balance the harshness of war with the human spirit's capacity for humor, innovation, and brotherhood—creating a multifaceted mood that ranges from the exhilaration of success to the somber reflection on war's cost.

**(f) PACE**

41. The works have similar paces. Both include a mixture of fast-paced action scenes, followed by intermittent slowdowns, to build tension and reflection through a conversational pace to build the narrative over an episodic structure.

42. Both works maintain an energetic pace that suits its subject matter, blending high-stakes action with necessary downtime that enriches the narrative and character arcs. This dynamic pacing keeps the works engaging while offering a thoughtful look at the formation of the SAS.

**(g) SEQUENCE OF EVENTS**

43. The Pilot Script and the Show's opening episodes present the same key events:

a. Prologue

   i. Text over a map of North Africa declares that losing Africa means losing the war.

b. Desert Ordeal

   i. The lead officer is stranded alone in the desert, despairs, and hallucinates, and the sequence ends on a cliffhanger.

c. Cairo

   i. The lead returns to Cairo and pitches a small raiding unit to skeptical senior officers.

d. The Journalist-Spy

   i. A female journalist and spy is introduced in Cairo through a coded red object and a meeting with a British officer.

e. Promotion

   i. The lead is made a captain in a mock knighting by an eccentric senior officer.

f. Recruitment

   i. The lead recruits Paddy Mayne and reunites with Jock Lewes to form the unit.

44. The Show selects and arranges these same elements in its opening episodes.

45. These shared elements create a sense of tension in both works, making them compelling and thought-provoking and reflect their characters' shared experiences of survival, desperation, and bravery.

46. While the specific words may differ across the works, the underlying themes and emotions expressed in the dialogue are strikingly similar, highlighting the events faced by the SAS in World War II.

**(h) FACTS RELATED TO DAMAGES**

47. Plaintiff is further informed and believes, and on that basis alleges, that Defendants' copying of the Pilot Script infringes Plaintiff's copyright and that Defendants are distributing, and intend to continue to distribute, unauthorized works substantially similar to and derivative of the Pilot Script.

48. The natural, probable, and foreseeable result of Defendants' conduct is to deprive Plaintiff of the benefits and goodwill that would otherwise be derived from licensing and exploiting the Pilot Script.

49. Plaintiff is informed and believes, and on that basis alleges, that it has lost, and will continue to lose, substantial revenues and licensing opportunities because of Defendants' production and exploitation of the Show. Defendants' conduct has also deprived Plaintiff of opportunities to profit and attain goodwill from Desert Rats.

50. Plaintiff is informed and believes, and on that basis alleges, that unless enjoined, Defendants intend to continue their course of conduct in using, infringing, selling, and profiting from the Pilot Script and works derived from it. As a direct and proximate result of Defendants' acts, Plaintiff has suffered irreparable harm and lost profits. Plaintiff has no adequate remedy at law for all of the injuries that Defendants have caused and intend to cause. Unless Defendants are enjoined, Plaintiff will continue to suffer irreparable harm and lost profits.

51. By producing, distributing, and marketing works derivative of the Pilot Script, Defendants have infringed, and will continue to infringe, Plaintiff's copyright.

52. Plaintiff is entitled to an injunction restraining Defendants—including their officers, agents, employees, and all persons acting in concert with them—from any further infringement of its copyright in the Pilot Script.

53. Plaintiff is also entitled to recover from Defendants damages, including attorneys' fees it has sustained (and will sustain), and any gains, profits and advantages obtained because of Defendants' alleged acts of infringement. The amount of such damages, gains, profits and advantages cannot be fully and precisely ascertained at this stage.

## VII. PRAYER FOR RELIEF

Plaintiff thus prays for judgment against Defendants as follows:

1. That the Court finds Defendants have infringed Plaintiff's copyright in the Pilot Script.

2. That the Court finds a substantial likelihood that Defendants, unless enjoined from doing so, will continue to infringe Plaintiff's copyright in the Pilot Script;

3. That Defendants—and their directors, officers, agents, servants, employees, and all other persons in active concert, privity or association with them—be enjoined from directly or indirectly infringing Plaintiff's copyright in the Pilot Script, or continuing to market, offer, sell, dispose of, license, lease, transfer, display, advertise, reproduce, develop, or manufacture any works derived or copied from the Pilot Script, or to participate, further, or assist in any such activity;

4. That Defendants—including their directors and officers, agents, servants, employees, and all other persons in active concert or privity or in participation with them—be enjoined from its conduct and ordered to recall from all distributors, wholesalers, jobbers, dealers, retailers, and distributors, and all others known to Defendants, any originals, copies, facsimiles, or duplicates of any works shown by the evidence to infringe Plaintiff's copyright in the Pilot Script;

5. That Defendants be enjoined and ordered to deliver upon oath all originals, copies, facsimiles, or duplicates of any work shown by the evidence to infringe Plaintiff's copyright in the Pilot Script to be impounded during pendency of this action and then destroyed under the judgment rendered here;

6. That, within 30 days from service of the Court's order prayed for here, Defendants be ordered to file with the Court and to serve on Plaintiff a written report under oath setting forth in detail the manner and form in which Defendants have complied with the Court's order;

7. That, at Plaintiff's election if so made, judgment be entered for Plaintiff and against Defendants for Plaintiff's actual damages according to proof, and for any profits attributable to infringements of Plaintiff's copyright in accordance with proof;

8. That, at Plaintiff's election if so made, judgment be entered for Plaintiff and against Defendants for statutory damages based on Defendants' acts of infringement, under the COPYRIGHT ACT OF 1976, 17 U.S.C. §§ 101, et seq.;

9. That Defendants have to account for all gains, profits, and advantages derived from their acts of infringement and other violations of law;

10. That all gains, profits and advantages derived by Defendants from their acts of infringement and other violations of law be deemed to be held in constructive trust for Plaintiff's benefit;

11. That Plaintiff's costs and attorneys' fees are granted through judgment against Defendants; and

12. That the Court grant such other, further, and different relief as the Court finds proper under the circumstances.

## VIII. DEMAND FOR JURY TRIAL

13. Plaintiff hereby demands trial by jury on all issues triable by jury.

Dated: October 9, 2026,

Respectfully submitted,

**ROBINS KAPLAN LLP**

*/s/ Alexander G. Kykta*

Charles M. Stam*
Alexander G. Kykta*
THOMPSON STAM PLLC
717 Texas Avenue, Suite 1200
Houston, Texas 77002
charles@thompsonstam.com
alex@thompsonstam.com
Telephone: (844) 846-7826
Facsimile: (713) 379-8076

Daniel L. Allender (SBN 264651)
DAllender@RobinsKaplan.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

**COUNSEL FOR PLAINTIFF**
* signifies *pro hac vice forthcoming*